**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number *(if known)* _____  Chapter **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **SPON COMPUTER CORP.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **66-0617431** |

| | | |
|---|---|---|
| 4. | Debtor's address | **Principal place of business** |

|  | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|
| | **URB. SIERRA BAYAMON**<br>**28-21 AVE. NORTH MAIN STE. 2**<br>**Bayamon, PR 00961**<br>Number, Street, City, State & ZIP Code | **URB. BRISAS DE MONTE CASINO**<br>**540 CALLE CARIBE**<br>**Toa Alta, PR 00953**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | **Bayamon**<br>County | **Location of principal assets, if different from principal place of business**<br>**URB. SIERRA BAYAMON**<br>**CALLE 48 B53 #9 Bayamon, PR 00961**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

| | | |
|---|---|---|
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **SPON COMPUTER CORP.**                                             Case number (if known) _____
Name

**7.**  **Describe debtor's business**   A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. Check all that apply

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. Check **all** that apply:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

☑ Yes.

| | District | **US DISTRICT COURT OF PUERTO RICO** | When | **7/24/20** | Case number | **20-02906 ESL-CHAP.11** |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

Debtor    **SPON COMPUTER CORP.**                                  Case number (*if known*) _____
_____
Name

| List all cases. If more than 1, attach a separate list | Debtor _____ | | Relationship _____ |
| | District _____ When _____ | | Case number, if known _____ |

**11. Why is the case filed in this district?**     *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **SPON COMPUTER CORP.**                                    Case number (*if known*) _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 19, 2023**
               ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
               MM / DD / YYYY

**X** ***/s/ DAVID RIOS LOPEZ***                         **DAVID RIOS LOPEZ**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                      ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Signature of authorized representative of debtor          Printed name

Title    **PRESIDENT**
         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**18. Signature of attorney**

**X** ***/s/ NOEMI LANDRAU RIVERA, ESQ***              Date    **July 19, 2023**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                           ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Signature of attorney for debtor                              MM / DD / YYYY

**NOEMI LANDRAU RIVERA, ESQ 215510**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Printed name

**LANDRAU RIVERA & ASSOCIATES**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Firm name

**PO BOX 270219**
**San Juan, PR 00927**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Number, Street, City, State & ZIP Code

Contact phone    **787-774-0224**          Email address    **nlandrau@landraulaw.com**
                 ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**215510 PR**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **SPON COMPUTER CORP.**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 19, 2023**          X **/s/ DAVID RIOS LOPEZ**
                                          Signature of individual signing on behalf of debtor

                                          **DAVID RIOS LOPEZ**
                                          Printed name

                                          **PRESIDENT**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name        **SPON COMPUTER CORP.**

United States Bankruptcy Court for the:        DISTRICT OF PUERTO RICO

Case number (if known)        _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.......................................................................................... $     **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*....................................................................................... $     **30,996.87**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*......................................................................................... $     **30,996.87**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **21,986.05**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $     **6,663.56**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$     **145,674.58**

4.  **Total liabilities** ..................................................................................
    Lines 2 + 3a + 3b        $     **174,324.19**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **SPON COMPUTER CORP.**

United States Bankruptcy Court for the: **DISTRICT OF PUERTO RICO**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
    Name of institution (bank or brokerage firm)  |  Type of account  |  Last 4 digits of account number

| 3.1. | **FIRST BANK** | **CHECKING ACCT.** | 7719 | $11.90 |
|---|---|---|---|---|

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    | $11.90 |
    |---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Debtor | **SPON COMPUTER CORP.** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **INVENTORY SEE ATTACHED LIST** | 1/31/2023 | $12,338.97 | Recent cost | $12,338.97 |

| | | |
|---|---|---|
| 20. | **Work in progress** | |
| 21. | **Finished goods, including goods held for resale** | |
| 22. | **Other inventory or supplies** | |

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

| $12,338.97 |
|---|

24. **Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **1 DESK ; 2 OFFICE CHAIRS ; 1 T650 LEXMARK PRINTER ; 1 T652 LEXMARK PRINTER ; 1 600 M601 HEWLETT PARCKARD PRINTER ; 3 COMPUTERS.** | $2,700.00 | Recent cost | $2,700.00 |

---

Debtor  **SPON COMPUTER CORP.**                          Case number *(If known)* _____
        Name

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and
      communication systems equipment and software**

42.   **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork;
      books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
      collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                          | $2,700.00 |
      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

      ☐ No.  Go to Part 9.
      ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2017 GLC 300 MERCEDES BENZ**<br>**TO BE SURRENDER** | $15,946.00 | Recent cost | $15,946.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm
      machinery and equipment)**

51.   **Total of Part 8.**                                                          | $15,946.00 |
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 9:    Real property**

54.  **Does the debtor own or lease any real property?**

      ■ No.  Go to Part 10.
      ☐ Yes Fill in the information below.

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 3

Debtor     **SPON COMPUTER CORP.**                                      Case number *(If known)* _____
           Name

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **SPON COMPUTER CORP.**
         <span style="font-size:small">Name</span>

Case number *(If known)* _____

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $11.90 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $12,338.97 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,700.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $15,946.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $30,996.87 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $30,996.87 |

**Spon Computer Corp**

Wednesday, January 31, 2023

Inventory List

| Item ID | Description | Quantity | Last Unit Cost | Total Cost |
|---|---|---|---|---|
| SC-CLI-251XLBK | INK- COMPATIBLE CANON BLACK | 1 | $ 2.50 | $ 2.50 |
| PGI-250XL | INK- ORIGINAL CANON BLACK | 1 | $ 23.95 | $ 23.95 |
| CLI-251C | INK- ORIGINAL CANON CYAN | 1 | $ 12.95 | $ 12.95 |
| CLI-251M | INK- ORIGINAL CANON MAGENTA | 1 | $ 12.95 | $ 12.95 |
| CLI-251Y | INK- ORIGINAL CANON YELLOW | 1 | $ 12.95 | $ 12.95 |
| SC-LC51BK | INK-Brother MFC-240/3360/440 | 1 | $ 2.20 | $ 2.20 |
| SC-LC51C | INK-Brother MFC-240/3360/440 | 1 | $ 1.40 | $ 1.40 |
| SC-LC51M | INK-Brother MFC-240/3360/440 | 1 | $ 1.40 | $ 1.40 |
| SC-LC51Y | INK-Brother MFC-240/3360/440 | 1 | $ 1.40 | $ 1.40 |
| SC-PG40 | INK-COMP CANON PG40 BLACK | 1 | $ 12.50 | $ 12.50 |
| SC-CC644 | INK-COMP CC644WN (60XL) COLOR | 1 | $ 14.35 | $ 14.35 |
| SC-LC103XL-C | INK-COMPATIBLE LC103XL CYAN | 1 | $ 2.50 | $ 2.50 |
| SC-LC103XL-M | INK-COMPATIBLE LC103XL MGTA | 1 | $ 2.50 | $ 2.50 |
| SC-LC103XL-Y | INK-COMPATIBLE LC103XL YELLOW | 1 | $ 2.50 | $ 2.50 |
| SC-T0444 | INK-EPSON C64/C66/C84/C86 | 1 | $ 4.62 | $ 4.62 |
| SC-T0481 | INK-EPSON STYLUS PHOTO BLK | 1 | $ 4.95 | $ 4.95 |
| SC-LC61M | INK-MFC-290C/490CW/5490CN/6490 | 1 | $ 5.00 | $ 5.00 |
| SC-PC301 | RIBBON-REPLACE BROTHER PC301 | 1 | $ 4.15 | $ 4.15 |
| SC-UX15CR | RIBBON-SHARP UX-15CR REFILL | 1 | $ 8.00 | $ 8.00 |
| SC-PC401 | ROLLS-BROTHER PC401 ROLL FRAM | 1 | $ 12.00 | $ 12.00 |
| 43459304 | TC-C3400N,3600,3560 OKI BLK | 1 | $ 54.30 | $ 54.30 |
| DELL1320C-BK | TC-COMPATIBLE DELL 1320 BLACK | 1 | $ 9.00 | $ 9.00 |
| CE250A | TC-ORIGINAL FOR HP CE250A (504A) | 1 | $ 166.99 | $ 166.99 |
| CE251A | TC-ORIGINAL FOR HP CE251A (504A) | 1 | $ 322.89 | $ 322.89 |
| CE252A | TC-ORIGINAL FOR HP CE252A (504A) | 1 | $ 322.89 | $ 322.89 |
| CE253A | TC-ORIGINAL FOR HP CE253A (504A) | 1 | $ 322.89 | $ 322.89 |
| C4096A | TC-HP C4096 (96A) ORIGINAL | 1 | $ 66.50 | $ 66.50 |
| 74C10C0 | TC-LEXMARK CS725 3K CYAN | 1 | $ 112.55 | $ 112.55 |
| Q5942A | TC-ORIGINAL  HP Q5942A (42A) | 1 | $ 163.53 | $ 163.53 |
| C734A1CG | TC-ORIGINAL LEXMARK C734 CYAN | 1 | $ 229.73 | $ 229.73 |
| 44469801 | TC-ORIGINAL OKIDATA TONER | 1 | $ 65.75 | $ 66.75 |
| 006R1391 | TC-ORIGINAL XEROX 7625 | 1 | $ 74.25 | $ 74.25 |
| SC-FA83 | TC-PANASONIC FA83 COMPATIBLE | 1 | $ 4.50 | $ 4.50 |
| G7786 | TC-RICOH AFICIO 3506 BLK | 1 | $ 22.50 | $ 22.50 |
| 841501 | TC-Ricoh Aficio MPC2051 YELLOW | 1 | $ 83.39 | $ 83.39 |
| 821105 | TC-RICOH AFICIO SP C430A BLK | 1 | $ 59.91 | $ 59.91 |
| 310-8099 | TC-TONER DELL 3110/3115 YELLOW | 1 | $ 131.78 | $ 131.78 |
| C9720A | TONER ORIGINAL HP C9720A BLACK (641A) | 1 | $ 188.75 | $ 188.75 |
| NP1010 | TONER-ORIGINAL CANON NP-1010 | 1 | $ 22.00 | $ 22.00 |
| T4590U | TONER-ORIGINAL TOSHIBA T4590U | 1 | $ 87.99 | $ 87.99 |
| T-FC35Y | TONER-ORIGINAL TOSHIBA T-FC35 YELLOW | 1 | $ 57.25 | $ 57.25 |
| Q7551X | TONER-ORIGINAL HP Q7551X | 1 | $ 197.96 | $ 197.96 |
| MLTD104S | TC-ORIGINAL SAMSUNG MLTD104S | 1 | $ 58.50 | $ 58.50 |
| 819921011039 | ENCLOSURE 2.5 SATA"" | 1 | $ 14.00 | $ 14.00 |
| 857161001694 | ENCLOSURE 5.25 USB 3.0 SATA | 1 | $ 14.00 | $ 14.00 |
| 798302031531 | NW-CRIMPING TOOL | 1 | $ 10.00 | $ 10.00 |
| 88591200306 | NW-ETHERNET PCI-E ADAPTER | 1 | $ 13.00 | $ 13.00 |
| SC-C8728-C | INK-REPLACE HP C8728 | 10 | $ 13.90 | $ 139.00 |
| 766623518338 | NW-WALLPLATE MOUNTING BRAKE | 10 | $ 0.93 | $ 9.30 |
| SC-ERC02BR | RIBBONS-EPSON ERC-02 | 12 | $ 4.20 | $ 50.40 |
| 841346 | TC-Ricoh Aficio MP4002 Black | 19 | $ 52.00 | $ 988.00 |
| SC-FA91 | COMPATIBLE PANASONIC FA91/FA52 | 2 | $ 8.82 | $ 17.64 |
| SC-CLI-221BK | INK- COMPATIBLE CANON BLACK | 2 | $ 1.80 | $ 3.60 |

**Spon Computer Corp**
Inventory List

Wednesday, January 31, 2023

| | | | | | |
|---|---|---|---|---|---|
| SC-CLI-221C | INK- COMPATIBLE CANON CYAN | 2 | $ | 1.80 | $ | 3.60 |
| SC-CLI-221M | INK- COMPATIBLE CANON MAGENTA | 2 | $ | 1.80 | $ | 3.60 |
| SC-CLI-221Y | INK- COMPATIBLE CANON YELLOW | 2 | $ | 1.80 | $ | 3.60 |
| PGI-220BK | INK- ORIGINAL CANON BLACK | 2 | $ | 17.50 | $ | 35.00 |
| SC-C4907 | INK-COMPATIBLE  HP 940XL CYAN | 2 | $ | 7.50 | $ | 15.00 |
| SC-C4908 | INK-COMPATIBLE  HP 940XL MGT | 2 | $ | 7.50 | $ | 15.00 |
| SC-C4909 | INK-COMPATIBLE  HP940XL YELLOW | 2 | $ | 7.50 | $ | 15.00 |
| SC-C9391A | INK-COMPATIBLE HP 88XL CYAN | 2 | $ | 3.50 | $ | 7.00 |
| SC-C9392A | INK-COMPATIBLE HP 88XL MAGENTA | 2 | $ | 3.50 | $ | 7.00 |
| SC-C9393A | INK-COMPATIBLE HP 88XL YELLOW | 2 | $ | 3.50 | $ | 7.00 |
| SC-T6M10AN | INK-COMPATIBLE HP 902XL YELLOW | 2 | $ | 8.00 | $ | 16.00 |
| SC-CN045AN | INK-COMPATIBLE HP 950XL BLACK | 2 | $ | 5.60 | $ | 11.20 |
| SC-T0442 | INK-EPSON C64/C66/C84/C86 | 2 | $ | 4.62 | $ | 9.24 |
| SC-T0443 | INK-EPSON C64/C66/C84/C86 | 2 | $ | 4.62 | $ | 9.24 |
| SC-T0601 | INK-EPSON C68/C88/CX3800 BLK | 2 | $ | 2.95 | $ | 9.24 |
| SC-T0602 | INK-EPSON C68/C88/CX3800 CYAN | 2 | $ | 2.95 | $ | 5.90 |
| SC-T0603 | INK-EPSON C68/C88/CX3800 MAGEN | 2 | $ | 2.95 | $ | 5.90 |
| SC-T0604 | INK-EPSON C68/C88/CX3800 YELLO | 2 | $ | 2.95 | $ | 5.90 |
| SC-T252XL220 | INK-EPSON COMPATIBLE 252XL CYA | 2 | $ | 4.65 | $ | 9.30 |
| SC-T252XL320 | INK-EPSON COMPATIBLE 252XL Y | 2 | $ | 4.65 | $ | 9.30 |
| SC-T0483 | INK-EPSON STYLUS PHOTO MAGENTA | 2 | $ | 4.95 | $ | 9.30 |
| SC-LC107XL-K | INK-ORIGINAL BROTHER LC107XLC | 2 | $ | 3.50 | $ | 7.00 |
| SC-C8727-C | INK-REPLACE HP C8727 (27) | 2 | $ | 6.20 | $ | 12.40 |
| SC-PC202 | RIBBON--BROTHER PC201REFILL RO | 2 | $ | 6.75 | $ | 13.50 |
| SC-ERC38PL | RIBBONS-EPSON ERC-38 PURPLE | 2 | $ | 3.60 | $ | 7.20 |
| AR202NT | TC- ORIGINAL TONER SHARP AR202 | 2 | $ | 60.00 | $ | 120.00 |
| OKTCB400 | TC-COMPATIBLE OKIDATA B4100 TO | 2 | $ | 10.81 | $ | 21.62 |
| CE262A | TC-OEM TONER HP  CE262a (648A) | 2 | $ | 320.99 | $ | 641.98 |
| CE263A | TC-OEM TONER HP  CE263a (648A) | 2 | $ | 320.99 | $ | 641.98 |
| 70C0D40 | TC-ORIGINAL LEXMARK 700D4 | 2 | $ | 39.37 | $ | 78.74 |
| T1620 | TC-TOSHIBA TONER T1620 | 2 | $ | 99.00 | $ | 198.00 |
| IA-006R01220 | TC-Xerox  6R1220 YELLOW 31.5K | 2 | $ | 35.24 | $ | 70.48 |
| 106R1595-C | TC-XEROX PHASER 6500 MAGENTA | 2 | $ | 3.50 | $ | 7.00 |
| 106R1596-C | TC-XEROX PHASER 6500 YELLOW | 2 | $ | 3.50 | $ | 7.00 |
| T-FC35M | TONER-ORIGINAL TOSHIBA T-FC35 MAGENTA | 2 | $ | 57.25 | $ | 114.50 |
| LS-F35 | CAMARA LOOSAFE WEBCAM | 2 | $ | 45.00 | $ | 90.00 |
| 8107311010380 | COMPUTER-SOUND CARD | 2 | $ | 7.50 | $ | 15.00 |
| SC-LC105XL-C | INK- BROTHER LC105XLC | 3 | $ | 3.50 | $ | 10.50 |
| SC-LC105XL-M | INK- BROTHER LC105XLC | 3 | $ | 3.50 | $ | 10.50 |
| SC-LC105XL-Y | INK- BROTHER LC105XLC | 3 | $ | 3.50 | $ | 10.50 |
| SC-N9K04AN | INK- COMPATIBLE HP65XL BLACK | 3 | $ | 22.00 | $ | 66.00 |
| SC-PG210XL | INK-COMP CANON PG210XL BLACK | 3 | $ | 15.75 | $ | 47.25 |
| SC-CC641-C | INK-COMP.HP (60XL) BLACK | 3 | $ | 9.50 | $ | 28.50 |
| SC-C4906 | INK-COMPATIBLE  HP 940XL BLACK | 3 | $ | 8.80 | $ | 26.40 |
| SC-C9396A | INK-COMPATIBLE HP 88XL BLACK | 3 | $ | 3.50 | $ | 10.50 |
| SC-T252XL120 | INK-EPSON COMPATIBLE 252XL BK | 3 | $ | 7.10 | $ | 21.30 |
| SC-T0482 | INK-EPSON STYLUS PHOTO CYAN | 3 | $ | 4.95 | $ | 14.85 |
| PC501 | ROLLS-BROTHER ORIGINAL PC501 | 3 | $ | 12.00 | $ | 36.00 |
| SC-PC501 | ROLLS-BROTHER PC501 ROLL FRAM | 3 | $ | 10.95 | $ | 32.85 |
| BRTCTN250 | TC-BROTHER TN250 | 3 | $ | 3.95 | $ | 11.85 |
| SC-OKI43459303 | TC-C3400N,3600,3560 OKI CYAN | 3 | $ | 16.95 | $ | 50.85 |
| SC-OKI43459302 | TC-C3400N,3600,3560 OKI MAGENT | 3 | $ | 16.95 | $ | 50.85 |
| SC-OKI43459301 | TC-C3400N,3600,3560 OKI YELLOW | 3 | $ | 16.95 | $ | 50.85 |
| DELL1320C-CY | TC-COMPATIBLE DELL 1320 CYAN | 3 | $ | 10.00 | $ | 30.00 |

Wednesday, January 31, 2023

| | | | | | | |
|---|---|---|---|---|---|---|
| DELL1320C-MA | TC-COMPATIBLE DELL 1320 MAGENT | 3 | $ | 10.00 | $ | 30.00 |
| CE261A | TC-OEM TONER HP  CE261A (648A) | 3 | $ | 320.99 | $ | 962.97 |
| 70C0D10 | TC-ORIGINAL LEXMARK 700D1 | 3 | $ | 39.37 | $ | 118.11 |
| 70C0D20 | TC-ORIGINAL LEXMARK 700D2 | 3 | $ | 39.37 | $ | 118.11 |
| 70C0D30 | TC-ORIGINAL LEXMARK 700D3 | 3 | $ | 39.37 | $ | 118.11 |
| 842141 | TC-Ricoh Aficio MP 305 | 3 | $ | 59.15 | $ | 177.45 |
| 885531 | TC-RICOH TYPE 1170D | 39 | $ | 12.25 | $ | 477.75 |
| SC-C2P07AN | INK-COMPATIBLE  HP 62XL COLOR | 4 | $ | 23.00 | $ | 92.00 |
| SC-CL211XL | INK-COMPATIBLE CANON CL211XL | 4 | $ | 20.75 | $ | 83.00 |
| SC-C2P05AN | INK-COMPATIBLE HP 62XL BLACK | 4 | $ | 22.00 | $ | 88.00 |
| SC-T252XL420 | INK-EPSON COMPATIBLE 252XL M | 4 | $ | 4.65 | $ | 18.60 |
| 17386 | TC-BLACK TONER TOSHIBA 2060 | 4 | $ | 9.08 | $ | 36.32 |
| 106R1594-C | TC-XEROX PHASER 6500 CYAN | 4 | $ | 3.50 | $ | 14.00 |
| 406683 | TC-ORIGINAL TONER FOR RICOH | 5 | $ | 116.76 | $ | 583.80 |
| TL-WA7210N | NW- TPLINK ACCES POINT 2.4GHZ | 5 | $ | 62.89 | $ | 314.45 |
| SC-KXFA93 | ROLLS-FAX-Panasonic KX-FA93 | 6 | $ | 3.40 | $ | 20.40 |
| SC-OKI43459304 | TC-C3400N,3600,3560 OKI BLK | 6 | $ | 17.45 | $ | 104.70 |
| SC-CL41 | INK-COMP CANON CL41 COLOR | 7 | $ | 15.50 | $ | 108.50 |
| CE260A | TC-OEM TONER HP  CE260A (647A) | 8 | $ | 193.99 | $ | 1,551.92 |
| 017404 | TC-TONER LANIER 7228,7320,7328 | 8 | $ | 8.25 | $ | 66.00 |
| ARG-WC-9140 | CAMARA ARGOM WEBCAM | 8 | $ | 32.00 | $ | 256.00 |

$12338.97

























**Fill in this information to identify the case:**

Debtor name **SPON COMPUTER CORP.**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

2.1 **MERCEDES BENZ FINANCIAL SERVICES USA LLC**
Creditor's Name

Describe debtor's property that is subject to a lien
**TO BE SURRENDER
2017 GLC 300 MERCEDES BENZ**

Amount of claim: **$21,986.05**    Value of collateral: **$15,946.00**

**PO BOX 131265
Saint Paul, MN 55113-0011**
Creditor's mailing address

Describe the lien

_____
Creditor's email address, if known

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
2017**

**Last 4 digits of account number
1001**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$21,986.05**

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name   **SPON COMPUTER CORP.**

United States Bankruptcy Court for the:   **DISTRICT OF PUERTO RICO**

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** | **$1,000.00** |
|---|---|---|---|---|

**DEPARTAMENTO DE HACIENDA**
**DIVISION DE QUIEBRAS**
**PO BOX 9022501**
**SAN JUAN, PR 00901-2501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2021-2022**

Basis for the claim:
**STATE TAXES**

Last 4 digits of account number **7431**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,663.56** | **$5,663.56** |
|---|---|---|---|---|

**INTERNAL REVENUE SERVICE**
**CENTRALIZED INS. OPERATION**
**PO BOX 7346**
**PHILADELPHIA, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2020-2021-**

Basis for the claim:
**940-941 FORMS**

Last 4 digits of account number **7431**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

### Part 2:     List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **SPON COMPUTER CORP.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address

**CRIM**
PO BOX 195387
SAN JUAN, PR 00919-5387

Date(s) debt was incurred **2022-2023**

Last 4 digits of account number **7431**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **PROPERTY TAXES**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.2** | Nonpriority creditor's name and mailing address

**DHL ESHIP USA**
2240 PALM BEACH LAKES BLVD.
SUITE 303
West Palm Beach, FL 33409

Date(s) debt was incurred **2017**

Last 4 digits of account number **2003**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,006.76**

---

**3.3** | Nonpriority creditor's name and mailing address

**KODE TECHNOLOGIES**
698 CALLE B SUITE 1
URB. INDUSTRIAL DR. MARIO JULIA
Guaynabo, PR 00968

Date(s) debt was incurred **2017**

Last 4 digits of account number **6137**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No ☐ Yes

**$7,610.28**

---

**3.4** | Nonpriority creditor's name and mailing address

**LUMA ENERGY**
PO BOX 363508
SAN JUAN, PR 00936-3508

Date(s) debt was incurred **2022-2023**

Last 4 digits of account number **2114**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **UTILITY**

Is the claim subject to offset? ■ No ☐ Yes

**$3,623.86**

---

**3.5** | Nonpriority creditor's name and mailing address

**MORS**
764 AVENIDA ANDALUCIA
San Juan, PR 00921

Date(s) debt was incurred **2017**

Last 4 digits of account number **2282**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SUPPLIER**

Is the claim subject to offset? ■ No ☐ Yes

**$1,331.97**

---

**3.6** | Nonpriority creditor's name and mailing address

**MUNICIPIO DE BAYAMON**
PO BOX 1588
Bayamon, PR 00960

Date(s) debt was incurred **2017-2002**

Last 4 digits of account number **7431**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **PATENTES MUNICIPALES**

Is the claim subject to offset? ■ No ☐ Yes

**$4,041.68**

---

**3.7** | Nonpriority creditor's name and mailing address

**ORIENTAL BANK**
PO BOX 364745
SAN JUAN, PR 00936-4745

Date(s) debt was incurred **2017**

Last 4 digits of account number **9033**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **CREDIT CARD**

Is the claim subject to offset? ■ No ☐ Yes

**$23,260.77**

---

| Debtor | **SPON COMPUTER CORP.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$84,050.46**

**ORIENTAL BANK**
**PO BOX 364745**
**SAN JUAN, PR 00936-4745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017**

Basis for the claim: **CREDIT LINE**

Last 4 digits of account number **6251**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,436.72**

**ORIENTAL BANK**
**PO BOX 364745**
**SAN JUAN, PR 00936-4745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **CREDIT CARD**

Last 4 digits of account number **9025**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$635.04**

**SAGE SOFTWARE**
**271 17th ST. NW**
**Atlanta, GA 30363-6216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017**

Basis for the claim: **SUPPLIER**

Last 4 digits of account number **4066**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,960.94**

**STATE INSURANCE FUND CORPORATION**
**PO BOX 365028**
**San Juan, PR 00936**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim: **POLICY**

Last 4 digits of account number **1037**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,216.10**

**STATIC CONTROL COMPONENTS**
**3010 LEE AVENUE**
**Sanford, NC 27332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **20117**

Basis for the claim: **SUPPLIER**

Last 4 digits of account number **9249**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ **6,663.56** |
| 5b. Total claims from Part 2 | 5b. + | $ **145,674.58** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ **152,338.14** |

---

**Fill in this information to identify the case:**

Debtor name   **SPON COMPUTER CORP.**

United States Bankruptcy Court for the:   DISTRICT OF PUERTO RICO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name __**SPON COMPUTER CORP.**__

United States Bankruptcy Court for the: __DISTRICT OF PUERTO RICO__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                             12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **DAVID RIOS LOPEZ** | **URB. BRISAS DE MONTECASINO 540 CALLE CARIBE Toa Alta, PR 00953** | **MERCEDES BENZ FINANCIAL SERVICES USA LLC** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **SPON COMPUTER CORP.**

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ☑ Operating a business<br>☐ Other  _____ | **$9,847.69** |
   | **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ☑ Operating a business<br>☐ Other  _____ | **$137,280.00** |
   | **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ☑ Operating a business<br>☐ Other  _____ | **$232,604.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

| Debtor | SPON COMPUTER CORP. | | Case number *(if known)* | |

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

## Part 6: Certain Payments or Transfers

Debtor   **SPON COMPUTER CORP.** _____   Case number *(if known)* _____

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **NOEMI LANDRAU RIVERA**<br>**PO BOX 270219**<br>**San Juan, PR 00928-3019** | **ATTORNEY'S FEE** | **4/2023** | **$2,500.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.2. **CLERK OF THE BANKRUPTCY COURT**<br>**San Juan, PR 00901** | **FILING FEE** | **4/2023** | **$338.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | Dates of occupancy From–To |
|---|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:

Debtor   **SPON COMPUTER CORP.** _____   Case number *(if known)* _____

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

Debtor  **SPON COMPUTER CORP.**  Case number *(if known)* _____

---

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1. **ALBELO ACCOUNTING SERVICES**
**PO BOX 1404**
**Ciales, PR 00638** | **2004 TO 2022** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor   **SPON COMPUTER CORP.** _____   Case number _(if known)_ _____

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| DAVID RIOS LOPEZ | URB. BRISAS DE MONTECASINO 540 CALLE CARIBE Toa Alta, PR 00953 | PRESIDENT | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| RAQUEL GARCIA MUÑIZ | URB. BRISAS DE MONTECASINO 540 CALLE CARIBE Toa Alta, PR 00953 | SECRETARY | 0% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

Debtor    **SPON COMPUTER CORP.**                                      Case number *(if known)* _____

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 19, 2023**

**/s/ DAVID RIOS LOPEZ**                              **DAVID RIOS LOPEZ**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **PRESIDENT**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Puerto Rico

In re **SPON COMPUTER CORP.**
Debtor(s)

Case No. _____

Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 2,500.00 |
| Prior to the filing of this statement I have received | $ 2,500.00 |
| Balance Due | $ 0.00 |

2.  The source of the compensation paid to me was:

    ☑ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☑ Debtor    ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **LEGAL REPRESENTATION IN ADVERSARY PROCEEDINGS AND CONTESTED MATTERS SHALL BE RENDERED AT A RATE OF $200.00 PER HOUR.**

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**July 19, 2023**
Date

**/s/ NOEMI LANDRAU RIVERA, ESQ**
**NOEMI LANDRAU RIVERA, ESQ 215510**
*Signature of Attorney*
**LANDRAU RIVERA & ASSOCIATES**
**PO BOX 270219**
**San Juan, PR 00927**
**787-774-0224  Fax: 787-793-1004**
**nlandrau@landraulaw.com**
*Name of law firm*

# United States Bankruptcy Court
## District of Puerto Rico

In re     **SPON COMPUTER CORP.**

Debtor(s)                                  Case No.
                                           Chapter     **7**

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     **July 19, 2023**          **/s/ DAVID RIOS LOPEZ**

                                     **DAVID RIOS LOPEZ/PRESIDENT**
                                     Signer/Title

SPON COMPUTER CORP.
URB. BRISAS DE MONTE CASINO
540 CALLE CARIBE
TOA ALTA, PR 00953

MERCEDES BENZ FINANCIAL SERVICES USA LLC
PO BOX 131265
SAINT PAUL, MN 55113-0011

NOEMI LANDRAU RIVERA, ESQ
LANDRAU RIVERA & ASSOCIATES
PO BOX 270219
SAN JUAN, PR 00927

MORS
764 AVENIDA ANDALUCIA
SAN JUAN, PR 00921

CRIM
PO BOX 195387
SAN JUAN, PR 00919-5387

MUNICIPIO DE BAYAMON
PO BOX 1588
BAYAMON, PR 00960

DAVID RIOS LOPEZ
URB. BRISAS DE MONTECASINO
540 CALLE CARIBE
TOA ALTA, PR 00953

ORIENTAL BANK
PO BOX 364745
SAN JUAN, PR 00936-4745

DEPARTAMENTO DE HACIENDA
DIVISION DE QUIEBRAS
PO BOX 9022501
SAN JUAN, PR 00901-2501

SAGE SOFTWARE
271 17TH ST. NW
ATLANTA, GA 30363-6216

DHL ESHIP USA
2240 PALM BEACH LAKES BLVD.
SUITE 303
WEST PALM BEACH, FL 33409

STATE INSURANCE FUND CORPORATION
PO BOX 365028
SAN JUAN, PR 00936

INTERNAL REVENUE SERVICE
CENTRALIZED INS. OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

STATIC CONTROL COMPONENTS
3010 LEE AVENUE
SANFORD, NC 27332

KODE TECHNOLOGIES
698 CALLE B SUITE 1
URB. INDUSTRIAL DR. MARIO JULIA
GUAYNABO, PR 00968

LUMA ENERGY
PO BOX 363508
SAN JUAN, PR 00936-3508

## CORPORATE RESOLUTION

WE HEREBY CERTIFY that on a meeting of the Board of Directors of the corporation SPON COMPUTER CORPORATION, which was called for and notified in accordance with the Corporate By Laws, and for which duly quorum existed, having taking place said meeting on, January 26, 2023 it was agreed and unanimously voted to approve the following Corporate Resolution:

It is resolved that:

1.    The corporation SPON COMPUTER CORPORATION may file a Chapter 7 petition for bankruptcy.  The president of the corporation, David Ríos López, is authorized to sign any petition, form or necessary document in connection to the Chapter 7 petition for relief to be filed before the US Bankruptcy Court for the District of Puerto Rico.

2.    That the corporation SPON COMPUTER CORPORATION be authorized to retain the services of Landrau Rivera & Associates and its attorney Noemi Landrau Rivera, Esq., to act as attorney for the corporation in the Chapter 7 proceeding.

IN WITNESS THEREOF, I place the seal of the Corporation to this resolution this 13th day of June 2023.

David Ríos López
President